USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

No. **4:21-cr-82**

USAO Number: 2017R07722
Magistrate Number:

United States Courts
Southern District of Texas
FILED

**CRIMINAL INDICTMENT**   Filed *February 24, 2021*   Judge: **Bennett**

Nathan Ochsner, Clerk of Court

**ATTORNEYS:**

**UNITED STATES of AMERICA**
vs.

**RYAN K. PATRICK, USA**           (713) 567-9000

ADAM LAURENCE GOLDMAN, AUSA    (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| EDWIN OLIVARES-CALDERON, [Cts. 1-6] | ☐ | ☐ |
| a.k.a. "MARIPOSA" | ☐ | ☐ |
| MARCOS OLIVARES-CALDERON, [Cts. 1-5] | ☐ | ☐ |
| a.k.a. "TECLAS" | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 6 )

Ct. 1: Conspiracy to Interfere with Commerce by Robbery [18 U.S.C., § 1951(a)]

Ct. 2: Conspiracy to Possess with the Intent to Distribute a Controlled Substance [21 U.S.C., § 846]

Ct. 3: Possessing a Firearm in Furtherance of a Drug Trafficking Crime [18 U.S.C., §§ 924©(1)(A) and 2]

Ct. 4: Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime [18 U.S.C., §§ 924©(1)(A) and (o)]

Ct. 5: Illegal Alien in Possession of a Firearm and Ammunition [18 U.S.C., § 922(g)(5)(A)]

Ct. 6: Illegal re-entry [8 U.S.C., § 1326(a)]

**PENALTY:** Ct. 1: Not more than 20 years in prison, up to $250,000 fine, SRTof up to 5 years, and a $100 SA.
Ct. 2: Not less than 10 years imprisonment nor more than life imprisonment, up to a $10,000,000 fine, SRT of at least 5 years and a $100 SA.
Ct. 3: Not less than 5 years in prison for possessing in furtherance and not less than 7 for using and carrying, up to $250,000 fine, SRT of up to 5 years, and a $100 SA.
Ct. 4: Not more than 20 years in prison or a term of years of imprisonment, up to $250,000 fine, SRT of up to 3 years, and a $100 SA.
Ct. 5: Not more than 10 years in prison, up to $250,000 fine, SRT of up to 3 years, and a $100 SA.
Ct. 6: Illegal re-entry [8 U.S.C., § 1326(a)]

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

## PROCEEDINGS: