United States Courts
Southern District of Texas
FILED

*February 24, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| v. | § Case Number: H-4:21-cr-**82** |
| MARCOS OLIVARES-CALDERON, | § |
| Defendant. | § |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to this Court that MARCOS OLIVARES-CALDERON, SPN: 02061427, FBI No.: 800513DC4, TDCJ No.: 02320911, DOB: April 16, 1982, now duly committed to the custody of the Warden, Luther Unit, Texas Department of Criminal Justice, 1800 Luther Drive, Navasota, Texas 77868, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the __2nd__ day of __March__, 2021, at __2:00__ P.M. in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Warden, Luther Unit, Texas Department of Criminal Justice, 1800 Luther Drive, Navasota, Texas 77868, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the Said United States Marshal into the custody of the Warden, Luther Unit, Texas Department of Criminal Justice, 1800 Luther Drive, Navasota, Texas 77868, where he now stands duly committed by law.

3

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the   2nd   day of   March  , 2021, so that he may be present in this cause at that time.

Date:   February 24, 2021

Respectfully submitted,

RYAN K. PATRICK
United States Attorney, Southern District of Texas

By: *s/ Adam Laurence Goldman*
Adam Laurence Goldman
Assistant United States Attorney
Attorney-in-Charge
S.D. Tex. ID No.: 1034195
State Bar Nos.: NY3038023/DC476521
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9534; FAX: (713) 718-3303
E-mail: Adam.Goldman2@usdoj.gov
*Counsel for the United States of America*